UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| ANGELA HENDERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civ. No. 5:23-cv-125-FDW-SCR |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER is before the Court on the Consent Motion to Remand, (Doc. No. 10). For the reasons stated in the motion, it is GRANTED, and all other pending motions are DENIED AS MOOT.

IT IS THEREFORE ORDERED that pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with Defendant's Consent Motion for Remand. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

IT IS SO ORDERED.

Signed: January 30, 2024

Frank D. Whitney
United States District Judge

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).